UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| DEAN LIN and MICHELLE POPESCU,<br><br>     Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>     Defendant. | Case No. 2:23-cv-00785-JLB-NPM |

## JOINT NOTICE OF SETTLEMENT

COME NOW, Plaintiffs, Dean Lin and Michelle Popescu, jointly with Defendant, Allstate Insurance Company, through undersigned counsel, and hereby notify the Court pursuant to Local Rule 3.09(a) that the parties have reached a settlement agreement in all respects. Once the settlement documents have been finalized and executed, the parties will file a Joint Stipulation of Dismissal with prejudice.

Dated: March 7, 2024                    Respectfully submitted,

**LONG & LONG, P.C.**

/s/ Jennifer Perez
Jennifer Perez, FL Bar No. 1023208
Amanda Gehring, FL Bar No. 0096795
3600 Springhill Memorial Dr. N.
Mobile, AL 36608
Phone: (251) 445-6000
Email: jperez@longandlong.com
            insurance@longandlong.com

*Attorneys for Plaintiffs*

**FOWLER WHITE BURNETT, P.A.**

<u>*/s/ J. Michael Pennekamp*</u>
J. Michael Pennekamp, FL Bar No. 983454
Christine M. Walker, FL Bar No. 98166
1395 Brickell Avenue, 14th Floor
Miami, Florida 33131
Phone: (305) 789-9200
Email: jmp@fowler-white.com
        cwalker@fowler-white.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court via the CM/ECF system, which will send notice of electronic filing to all counsel of record.

<u>*/s/ Jennifer Perez*</u>
Jennifer Perez

2